# EXHIBIT 1





# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Anchorage Field Office
4700 BLM Road
Anchorage, Alaska 99507-2591
http://www.blm.gov/ak

## DECISION RECORD

Alaska Snowboard Guides
Environmental Assessment, DOI-BLM-AK-A010-2018-0003-DNA
Case File(s), AA-095233

**Decision**

It is my decision to implement the proposed action on BLM-managed lands as described in the attached DNA Worksheet, DOI-BLM-AK-A010-2018-0003-DNA.

David Geis, dba Alaska Snowboard Guides, has applied to the Bureau of Land Management (BLM) Anchorage Field Office (AFO) for a Special Recreation Permit (SRP) to operate commercial heli-skiing activities in the Neacola and Tordrillo mountains of Southcentral Alaska. Geis' requested operating area is located approximately 120 miles west of Anchorage.  The operating area includes the Neacola Mountains Area of Critical Environmental Concern (ACEC), referred to as the "south block", and the Tordrillo Mountains, referred to as the "north block". The proposed action does not include any State or Native land selections.

**Rationale for the Decision**

Anchorage Field Office staff has reviewed the proposed action and appropriate project Design Features, as specified, will be incorporated into the project.  Based on the review of the DNA worksheet, I have determined that the proposed action involves no significant impact to the human environment and no further analysis is required.

**Appeal Opportunities**

This decision may be appealed to the Interior Board of Land Appeals, Office of the Secretary, in accordance with the regulations contained in 43 CFR § 4.  To appeal you must file a Notice of Appeal with the BLM Anchorage Field Office through one of the following methods within 30 days from receipt of this decision: in writing via the US Postal Service mail system or other common carrier to 4700 BLM Road, Anchorage, Alaska 99507-2591; by hand delivery to 4700 BLM Road, Anchorage, Alaska; or by electronic means, such as electronic mail or facsimile, to blm_ak_appeals@blm.gov.  The subject line in the email or facsimile must include "Notice of

Appeal – Anchorage Field Office".  The appellant has the burden of showing that the decision appealed from is in error."

If you wish to file a petition pursuant to regulation 43 CFR § 4.21 (58 FR 4939, January 19, 1993) for a stay of the effectiveness of this decision during the time that your appeal is being reviewed by the Board, the petition for a stay must accompany your notice of appeal.  Except as otherwise provided by law or other pertinent regulation, a petition for a stay of decision pending appeal shall show sufficient justification based on the following standards: (a) The relative harm to the parties if the stay is granted or denied, (b) The likelihood of the appellant's success on the merits, (c) The likelihood of immediate and irreparable harm if the stay is not granted, and (d) Whether the public interest favors granting the stay.

Copies of the notice of appeal and petition for a stay must also be submitted to each party named in this decision and to the Interior Board of Land Appeals and to the Office of the Solicitor (see 43 CFR § 4.413); Office of the Regional Solicitor, Alaska Region, U.S. Department of the Interior, 4230 University Drive, Suite 300, Anchorage, Alaska 99508; at the same time the original documents are filed with this office.  If you request a stay, you have the burden of proof to demonstrate that a stay should be granted.


 /s/ Bonnie Million                                          1/29/2018
Bonnie Million                                               Date
Anchorage Field Manager

**Attachments**
DNA Worksheet
Stipulations
ANLICA §810 Analysis and Clearance
T&E Clearance
Cultural Resource Clearance