# **EXHIBIT 8**

2/28/2018      DEPARTMENT OF THE INTERIOR Mail - Can you please get back with me regarding permitting and yearly dues and renewal.

Case 1:18-cv-00511-RCL    Document 1-6    Filed 03/05/18    Page 2 of 5



Kuhns, Stephanie <skuhns@blm.gov>

## Can you please get back with me regarding permitting and yearly dues and renewal.
5 messages

**mike overcast** <mikeovercast@me.com>      Sun, Dec 3, 2017 at 5:13 PM
To: BLM Kuhns <skuhns@blm.gov>

Ms Kuhns,
With all due respect. This cannot wait any longer. We need to get through our permit renewal. I have been waiting to sort this out since July. I have sent numerous emails that have gone unanswered. Please let me know when we can finish this process.

Thanks you.

Mike Overcast
907-360-1899

---

**Kuhns, Stephanie** <skuhns@blm.gov>      Mon, Dec 4, 2017 at 9:18 AM
To: mike overcast <mikeovercast@me.com>

Mike,

Your permit was issued for a 10-year duration and is in good standing. It is valid through 12/31/2024. It will not need to be renewed until the 2025 season.

Please see the attached post use report.

Stephanie Kuhns
Bureau of Land Management
4700 BLM Road
Anchorage, AK 99507
(907)267-1459
(907)267-1267 fax

*"A desk is a dangerous place from which to view the world." - John le Carre*

[Quoted text hidden]

 **Overcast_PUR_2017.docx**
25K

---

**Michael Overcast** <mikeovercast@me.com>      Mon, Dec 11, 2017 at 4:33 AM
To: "Kuhns, Stephanie" <skuhns@blm.gov>, Douglas Ballou <dballou@blm.gov>

Ok and thanks for resending the final use. I sent this in competed in August. I am guessing it was lost ? I will do the work to fill it out again.

The BLM only has 2 permits issue for the neacolas correct? Silverton and TML.
I heard there was a third...Alaska snowboard guides? Is this correct?

Sent from my iPad
[Quoted text hidden]

> &lt;Overcast_PUR_2017.docx&gt;

---

**Kuhns, Stephanie** <skuhns@blm.gov>      Tue, Dec 12, 2017 at 1:02 PM
To: Michael Overcast <mikeovercast@me.com>

2/28/2018 DEPARTMENT OF THE INTERIOR Mail - Can you please get back with me regarding permitting and yearly dues and renewal.

Case 1:18-cv-00511-RCL Document 1-6 Filed 03/05/18 Page 3 of 5

Mike,

I have not received your post use report. It seems that it may have been lost in the mail.

You are correct that currently there are only two permits for the BLM-managed sections of the Neacolas. We have had a third applicant who wishes to operate there also. TGR no longer has a permit with us. What are you thoughts and concerns with adding a third operator? I'm worried we may be reaching capacity for the area, but you know the land much better than I.

Thanks,

Stephanie

Stephanie Kuhns
Bureau of Land Management
4700 BLM Road
Anchorage, AK 99507
(907)267-1459
(907)267-1267 fax

*"A desk is a dangerous place from which to view the world." - John le Carre*

[Quoted text hidden]

---

**Michael Overcast** <mikeovercast@me.com>  Mon, Dec 18, 2017 at 12:33 PM
To: BLM Kuhns <skuhns@blm.gov>

Hello Stephanie,

Hope your having a good start to winter. I have attached the missing final use report for 2017. Not sure what could have happened to it.

I am adamantly opposed too further permitting in the Neacolas. Especially, where we operate. There is a long history of problems associated with shared areas on federal lands with helicopter skiing. This is why I was so concerned that the BLM had permitted Silverton without any input from the current Permittee. Adding yet another would compound the issues and really compromise public safety. We are a member of Heli US. This trade organization focuses on best practices with the industry. If needed, I will engage the organization and get their input on shared use areas. They would agree that any additional use by other companies would not be recommended. Please keep me informed.

Best,
Mike

**2 attachments**

 **Post_Use_Report_Aviation.pages**
736K

**ATT00001**
9K



Kuhns, Stephanie &lt;skuhns@blm.gov&gt;

## Please open the link
3 messages

---

**Michael Overcast** &lt;mikeovercast@me.com&gt;                         Fri, Dec 22, 2017 at 4:52 AM
To: BLM Kuhns &lt;skuhns@blm.gov&gt;, Douglas Ballou &lt;dballou@blm.gov&gt;

Dear Andy and Stephanie,

Please open the link below. In the article you will read that ASG will be skiing the Neacola mountains. Has the BLM written a permit for a third operator? Please Let me know as soon as possible. We have industry conflicts that need addressed.

Silvertons permit was written without any public input and acknowledgment of other outfitters. Is this really happening again ? Or is the owner of ASG advertising he has permits and has not received them?

Happy Holidays,

Mike Overcast

907-360-1899
Tordrillomountianlodge.com


https://www.thesnowboardersjournal.com/2017/12/alaska-snowboard-guides-expands-operations-2018/

---

**Kuhns, Stephanie** &lt;skuhns@blm.gov&gt;                             Fri, Dec 22, 2017 at 7:59 AM
To: Michael Overcast &lt;mikeovercast@me.com&gt;
Cc: Douglas Ballou &lt;dballou@blm.gov&gt;

Hello Mike,

ASG has not yet received their permit, but the Anchorage Field Office has decided to permit them. They will base their operations off Ron Eagley's property. TGR will no longer be operating in the Neacolas.

As the Neacolas are public lands, it is important for people to have access to them - in a safe manner. Due to the relatively small size of the area and the compressed operating season, the field office team feels that three operators is near the limit of what can occur safely. Should any other operators apply for use of public lands in this area in the future, the application will either be denied or go out for extensive public review.

Stephanie

Stephanie Kuhns
Bureau of Land Management
4700 BLM Road
Anchorage, AK 99507
(907)267-1459
(907)267-1267 fax

*"A desk is a dangerous place from which to view the world."* - John le Carre

[Quoted text hidden]

---

**Michael Overcast** &lt;mikeovercast@me.com&gt;                         Fri, Dec 22, 2017 at 8:09 AM
To: BLM Kuhns &lt;skuhns@blm.gov&gt;

Stephanie,
I just tried to call.

I find in it hard to believe that the other permit holders have not been notified. In your last correspondence you mentioned holding at 2 permits as it has been in the past. I would like to understand what rights we have as permit holders to file for a

stay or an injunction to a decision made by the field office. Can you please send me the contact information for Doug Ballou?

Best,
Mike

[Quoted text hidden]