# TORDRILLO MOUNTAIN LODGE OPERATIONS PLAN 2017

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | INTRODUCTION | Page 3 |
| II. | SNOW STABILITY FORECASTING | Page 3 |
| | 2.1. The Snow Stability Forecasting Process | Page 4 |
| | 2.2. Meteorological Information | Page 4 |
| | 2.3. Snowpack Information | Page 4 |
| | 2.4. Stability Information | Page 5 |
| | 2.5. Weather, Avalanche and Snow Stability Records | Page 5 |
| | 2.6. Avalanche Mitigation with Explosives | Page 6 |
| III. | COMMUNICATIONS PLAN | Page 6 |
| | 3.1. Helicopter Skiing Communications | Page 6 |
| | 3.1.1. Heliskiing Communications Overview | Page 6 |
| | 3.2. Base and Support Plane Area Communications | Page 7 |
| IV. | SAFETY BRIEFING PLAN | Page 7 |
| V. | HELICOPTER SKIING OPERATIONS | Page 7 |
| | 5.1. Daily Guide Briefing | Page 7 |
| | 5.2. Guide Debriefing | Page 7 |
| | 5.3. Helicopter Orientation and Briefing | Page 8 |
| | 5.4. Heliskiing Terrain and Run Selection | Page 8 |
| | 5.4.1. Terrain Selection Strategy | Page 8 |
| | 5.4.2. Run Selection Strategy | Page 8 |
| | 5.5. Helicopter Flight Operations | Page 9 |
| | 5.5.1. Flight Operations Overview | Page 9 |
| | 5.5.2. Pilot Responsibilities | Page 9 |
| | 5.5.3. Support Vehicle Operator Responsibilities | Page 9 |
| | 5.5.4. Flight Following Procedures | Page 10 |
| | 5.5.5. Procedures for Overdue or Downed Helicopter | Page 11 |
| | 5.5.6. Stranded Helicopter and Group Evacuation Procedures | Page 11 |
| | 5.5.7. Landing / Pickup Zones/ Stake counts | Page 12 |
| | 5.5.8. Helicopter Fueling | Page 12 |
| VIII. | EMERGENCY RESCUE | Page 12 |
| | 8.1. General Rescue Overview | Page 13 |
| | 8.2. Emergency Rescue Plan Packet | Page 13 |
| | 8.3. Avalanche Rescue Preparation | Page 14 |
| | 8.4. Crevasse Rescue | Page 15 |
| IX. | FIRST AID and MEDICAL EMERGENCIES | Page 16 |
| X. | INCIDENT REPORTING | Page 16 |
| XI. | GUIDES | Page 17 |
| | 11.1. Qualifications and Experience | Page 17 |
| | 11.1.1. Level 1 - Apprentice Guide | Page 17 |
| | 11.1.2. Level 2 - Ski Guide | Page 17 |
| | 11.1.3. Guide/Apprentice Guide Responsibilities | Page 18 |
| | 11.1.4. Guest Guide | Page 18 |
| | 11.1.5. Level 3 - Lead Guide | Page 18 |
| | 11.1.6. Snow Stability Forecaster | Page 19 |
| | 11.1.7. Guide Experience and Training | Page 20 |
| | 11.1.8. Minimum Guide Pack Contents | Page 21 |
| XII. | CLIENT to GUIDE RATIOS | Page 21 |
| | 12.1. Heliskiing Ratio | Page 21 |
| XIII. | INVENTORY of SKI TERRAIN | Page 21 |
| | 13.1 Helicopter Skiing Terrain | Page 21 |
| | 14.0 Remote BLM lands Operations | Page 23 |

**APPENDIX 1 -  TML Emergency Rescue Plan (packet contents)**
Including:  Emergency rescue equipment/locations, emergency phone numbers,
         Incident and witness forms, radio operator and rescue instructions, etc.
**APPENDIX 2 -  Guide Briefing Schedule, Guest Sign In and Briefing Schedule**
**APPENDIX 3 -  Safety Briefing form**
**APPENDIX 4-  Weather, Avalanche, Snow Stability Records**

# TORDRILLO MOUNTAIN LODGE OPERATIONS

## I. INTRODUCTION

The following Operations Plan is written to provide a framework for the conduct of a helicopter skiing operation by Triumvirate, L.L.C. d.b.a. Tordrillo Mountain Lodge (hereinafter referred to as "TML"). In this Operations Plan the term "skiing" shall include "snowboarding" and "telemark skiing". A mountainous environment and the activities of helicopter always presents risks that must be assumed by the participants engaging in these activities. All participants are required to read and sign a participant release of liability agreement prior to participation.

In the following sections, this plan addresses operational procedures used by TML . We conduct annual training to familiarize our staff with the procedures outlined in this plan. Minor revisions may be made to operational procedures, forms, pack contents and locations etc. Any major revisions will be submitted to the appropriate agencies for review and inserted into the operations plan.

## II. SNOW STABILITY FORECASTING

### 2.1. The Snow Stability Forecasting Process

Management of avalanche risk depends in part on the knowledge of current snow conditions and the ability to reasonably predict snow stability (forecasting). It is a continuous process of integrating pertinent data from many available sources. Information available for analysis can be grouped into three broad categories that are used for evaluating conditions and making predictions:

        1. Meteorological information

        2. Snowpack information

        3. Stability information

This information can be analyzed to produce an initial snow stability forecast for a particular area or zone. The initial snow stability forecast is then compared against actual conditions and observations in the field.

### 2.2. Meteorological Information

The primary weather variables of interest to the snow stability forecaster are precipitation, wind and temperature. Additional variables include humidity, solar radiation and barometric pressure. These variables are monitored to assess their effects on future weather, flight conditions, snow stability and avalanche potential.

TML analyzes weather data from many sources. The primary sources are the weather station located on repeater peak in the DNR area, Internet National Weather Service sites,

television weather forecasting programs, and the state automated and NOAA observation stations. Weather forecasts and the current weather conditions are analyzed to assist in generating a proposed plan of operations for the day. The current and forecasted weather is discussed at guide briefings and posted on clipboards in the guide house for guide review.

### 2.3. Snowpack Information

Investigation of the structure of the snowpack can assist the snow stability forecaster and guides in locating its potential strengths and weaknesses. Although the data is highly site specific, it can offer additional clues regarding slope stability and may be checked in the same general area periodically throughout the winter to monitor its changes. Observations and estimates of snow cover distribution, penetration depth of the snow, snowpack layering, hardness and densities of the layers, grain types and sizes, and temperature profiles are examples of snowpack information.

During field operations, guides may analyze formal snowpack profiles in the areas they are skiing or in areas they plan to ski. Guides dig hasty snowpits on various aspects and at different elevations to provide information on the status of the snowpack at that specific location or to help verify formal snowpit information. The report of a poorly bonded layer found by a guide in the field during this ongoing testing is one factor in determining the frequency of testing that may be needed. Snowpack data is posted on the wall of TA where helicopter zone clipboards hang for guide review and is continually analyzed in the guide briefings.

### 2.4. Stability Information

The gathering of snow stability data utilizing on-slope testing in the helicopter skiing areas by TML guides is a continuous process in determining slope stability. Additional primary sources of data that may be obtained are from the avalanche mitigation and testing activities of the TML guides in the approved DNR lands. The data available from these sources includes information on artificially triggered and natural avalanche activity, fracture propagation and depth, slab motion, resistance to failure and runout distances. Information regarding negative avalanche mitigation results and/or no observed natural activity is also valuable. Types of testing include explosive charges (cast primers), ski testing, and snowpit shear testing.

TML guides perform shear tests during snow pit analysis. If poorly bonded layers are detected, the guides at different locations need to determine if it is localized or widespread may

4

do additional shear testing. This testing can be accomplished by several different methods that may include ski testing indicator slopes or performing hasty pit shear tests. In the DNR areas, explosive charges provide additional input on current stability. Guides will usually encourage their clients' participation in the gathering of information on snow stability so that they understand stability evaluation is an ongoing process of data input, analysis, and decision making every skier should use in an effort to reduce the inherent risks and enhance their experience.

### 2.5. Weather, Avalanche and Snow Stability Records

***TML Daily Weather/Snow Stability Evaluation*** - The weather forecast and snow stability
assessment is recorded on the log each operational day by the snow stability forecaster and
discussed at the guide briefings. The log is posted and on clipboards in the briefing area.

***TML Avalanche Log*** - Artificial avalanche mitigation results, observed natural avalanche activity
and stability test results are recorded on the log by the guides and discussed at the guide
briefings. The log is posted on helicopter zone clipboards in the guide house.

***Snow Profile Fieldbook*** - Snowpack information from snow pit analysis is recorded in fieldbooks
carried by the guides. The snow pit field book data is discussed at the guide briefings.
The field book data is copied and posted on helicopter zone clipboards in TA.

The clipboards in the briefing area should contain the logs and data that are generated during the operating season to provide a chronological history for review. Master copies of the logs and data sheets should periodically be archived at the operations office or equivalent location. In addition, weather and snowpack data from adjacent cooperators may be accessed as needed. Weather, avalanche and snow stability record forms can be found in Appendix 6.

### 2.6. Avalanche Mitigation with Explosives

Explosives will only be used by TML for snow stability testing. Refer to Tordrillo blasting and control procedures, appendix 7.

## III.  COMMUNICATIONS PLAN
### 3.1. Helicopter Skiing Communications
3.1.1.  Heliskiing Communication Overview

Communications between the helicopter(s), guides, and a two-way mobile or base radio is maintained. The TML base radio operator operates the dispatch base. A mountaintop radio repeater owned by TML is normally used during heliskiing operations to improve and extend communications with the helicopter(s), guides, and support staff by mobile radios. Prearranged report times may be used when terrain interference is a factor in communications. Relays through the helicopter pilot to the guides and the mobile or base radios are utilized as necessary. TML's

base station and two-way handheld radios are compatibly programmed with one repeater frequency and multiple simplex frequencies. Telephone communications and radio communications with other operators, the National Guard, and Evergreen helicopters will be maintained as needed.

3.2  TML Support Plane Mobile Dispatch

The TML support plane is equipped with a mobile radio, a cell phone, and rescue/first aid equipment. The support plane dispatch operator may conduct communications and helispot management for heliskiing.

The operator of the support plane records flight following information, group locations and significant events or observations on the TML *Radio/Event Log* (Appendix 3). If there is a significant injury, incident, or a major emergency, the *TML Emergency Rescue Plan* packet (Appendix 3) should be referenced.

## IV.  SAFETY BRIEFING PLAN

Before going out in the helicopter, clients read and sign the *TML Safety Briefing* form (Appendix 5). The written safety briefing contains information regarding safe skiing and snowboarding procedures, avalanche and crevasse rescue procedures, rescue and first aid equipment locations, helicopter and airplane procedures, and basic avalanche rescue transceiver instructions. Along with a general orientation on the local mountains, this information is then reviewed and questions answered at verbal briefings with helicopter guests prior to participation in backcountry activities. Clients also receive an avalanche rescue transceiver orientation and on sight helicopter procedure briefing prior to departure.

## V.  HELICOPTER SKIING OPERATIONS

### 5.1.  Daily Guide Briefing

TML's senior lead guide on duty conducts a guide briefing prior to field operations. During the briefing, the senior lead guide on duty summarizes the weather conditions, snow stability assessment, and any recent avalanche testing results or natural avalanche activity. Any mountain, glacier and backcountry hazard observations are also discussed. The previous day's field observations are reviewed to determine which zones and ski runs may be utilized. The group discusses the various options to arrive at a unanimous consensus for the operational plan for the day. The exchange of these observations among the guides is an integral part of the strategy to reduce the inherent risks. In the field, regular communication among the guides is maintained to inform each other of any observations or changing conditions that may affect ski run selection and hazard avoidance.

### 5.2.  Guide Debriefing

After each day of field operations, the guides should record snowpack data, stability test results and avalanche observations on the appropriate forms. The guides discuss these observations

and any unexpected conditions they may have encountered. Guides also review the day's operations for safety, snow quality, efficiency and operational problems. A tentative plan for the following day's activities is discussed.

### 5.3.  Helicopter Orientation and Briefing

The helicopter orientation and briefing will be conducted by a guide and/or the pilot at the helicopter (or at a briefing area with a visual run through of the helicopter). The briefing will include the required F.A.A. passenger safety information and also the procedures to be followed when loading, unloading, approaching and departing the helicopter. The pilot is responsible for insuring that all F.A.A. required elements are included.

### 5.4.  Heliskiing Terrain and Run Selection

#### 5.4.1. Terrain Selection Strategy

The key to developing a successful avalanche avoidance strategy for skiing in the mountains depends on the flexibility to choose different terrain, slope angles, aspect, or elevation as snow conditions and stability change. Defining hazard or risk in the terms used by regional forecast centers (low, moderate, high, etc.) is not particularly relevant to helicopter skiing. The snow stability forecaster for heliskiing operates more effectively by doing an analysis of the current state and trend of snowpack stability. Relative risk can be adjusted by the terrain selection process. For example, on a day where snow stability indicators point to a high probability of avalanches, it is still possible through terrain selection to have a full day of skiing. Conversely, on a day when all the indicators point to a fairly low probability of avalanches, it is still possible to find isolated pockets of instability in the backcountry. Terrain selection is critical to maintaining this balance.

#### 5.4.2. Run Selection Strategy

The run selection strategy is adjusted according to terrain parameters and input regarding current field conditions. A "key" run may be chosen as the first run of the day or of the zone. Key runs are relatively more conservative indicator slopes from which information is gathered on snow stability and avalanche potential. Actual field information is then used to confirm or adjust the run plan that was based on the initial snow stability forecast. From these slopes the guides may select to move to more challenging terrain as snow stability allows. If potentially unstable snow

7

conditions exist on some runs, more moderate slopes can be utilized until conditions moderate. Feedback from the weather, snow and clients to the guides dictates the changing strategy.

### 5.5. Helicopter Flight Operations

5.5.1. Flight Operations Overview

All helicopter flight operations will be conducted in accordance with F.A.A. regulations, the Operations Manual of the helicopter company under contract, the TML Operations Plan and any land use permit conditions. Aviation support will be handled by the helicopter company. Adequate liability coverage will be provided by the helicopter company for all helicopter flight operations. The helicopter will be equipped with an approved ski carrier device, programmable air to ground radio communications, and snow skids. The helicopter operations base is located at Judd Lake, Tordrillo Mountain Lodge.

5.5.2. Pilot Responsibilities

The helicopter pilot is in charge of the helicopter, the helicopter crew, its passengers and all decisions regarding flight safety during actual helicopter flight operations. Compliance with regulations regarding any required emergency aircraft procedures, required radio communications, and required helicopter maintenance are the responsibility of the pilot and helicopter company. The helicopter pilot is responsible for checking current and forecasted flight weather daily. The senior lead guide in charge of the briefing or the lead guide assigned to the helicopter consults with the pilot prior to deciding on the flight plan for the day. The pilot is responsible for monitoring and calculating load and fuel limitations in conjunction with input from the assigned TML group coordinator or the lead guide assigned to the helicopter. The final decision to fly and all other safety matters related to the helicopter are the responsibility of and at the authority of the pilot in charge of the aircraft.

5.5.3. Base Radio Operator Responsibilities

The TML base radio dispatch operator's primary responsibilities are to maintain radio communications with the guides and the helicopter(s), continually tracking their locations and status. The operator maintains an accurate *TML Radio/Event Log* (Appendix 3) at all times when there are helicopters and groups in the field, tracking each helicopter and groups zone / run locations. When the operator is unsure of a helicopter or groups location, he will request physical landmarks, peak names or elevations, GPS coordinates or confirmation from another guide of their location.

In the event of an emergency, the operator follows the *Instructions for Base Radio Operator* and utilizes other pertinent forms in the *TML Emergency Rescue Plan* packet (Appendix 3). The operator is responsible for contacting additional resources as needed and recording all activities on the radio log.

The operator coordinates incoming resources at the road until relieved. Before beginning operations, the base radio operator is responsible for insuring that the mobile radio base station is functioning and a two-way handheld radio and extra battery is obtained. The operator checks to confirm that, maps and a copy of the TML Operations Plan, the TML Emergency Rescue Plan Packet, and all required rescue equipment are accessible.

5.5.4. Flight Following Procedures

During the daily briefing, the senior lead guide discusses primary intended flight paths and zones to be utilized. The *TML Helicopter Daily Report* (Appendix 7) serves as a passenger manifest, which is given to the base operator after the briefing. Helicopter locations are usually recorded by the base operator on the *TML Radio/Event Log* (Appendix 3). These forms are given to the senior lead guide on duty at the end of the operational day. Relays through the helicopter pilot to the guides and the base operator radio are utilized as necessary. The helicopter pilot is responsible for checking in with the TML support base regularly. Check in times should be as often as 30 minutes or less. Prearranged report times may be as long as 1½ hours when terrain interference is a factor in communications. The maximum grace period for missing a scheduled check in time is 30 minutes. When 30 minutes has expired without contact from the helicopter, the TML base radio operator will continue attempts to communicate by mobile radio, cell and relays by other TML guides and helicopters in the area. If a loss of communication occurs, the procedures for overdue helicopter should be initiated. Helicopter field operations should be completed early enough to leave sufficient time to respond to any emergencies.

5.5.5. Procedures for Overdue or Downed Helicopter

When 30 minutes has expired and TML's attempts to contact the helicopter are negative, the procedures outlined on the *Procedures for Overdue or Downed Helicopter* form in the *TML Emergency Rescue Plan* packet (Appendix 3) or as outlined in the overdue aircraft section of the helicopter companies operations manual are followed. The *TML Helicopter Daily Report* (Appendix 7) serves as a group manifest for up to 3 groups and should be referred to by the Base radio operator for passenger names. If contact is not reestablished, a search aircraft should be launched by or in coordination with TML, the helicopter company, the F.A.A. and the Alaska State Troopers.

5.5.6. Stranded Helicopter and Group Evacuation Procedures

If a helicopter becomes stranded due to mechanical problems, the helicopter company will be notified to send a mechanic for repair. If TML has another helicopter available, it will be sent by the Base radio operator to evacuate groups. If that is not possible, the TML Base radio operator should follow the instructions in the *TML Emergency Rescue Plan* packet (Appendix 3). Helicopter companies in the local area (Talaheim or Anchorage) should be contacted to evacuate groups. If there are no helicopters available, evacuating to the nearest drainage should be considered. If any groups are unable to evacuate to lower ground, guides should find the most sheltered location available and await further instructions. A rescue response will be initiated to transport the group(s) out.

TML's snowmachine and other snowmachines in the Tordrillo area can be mobilized if needed for over snow evacuation. Sportman's fixed wing operators may be requested to make air drops of survival supplies and equipment if necessary.

If all other resources are unavailable or ineffective and the situation becomes a life-threatening emergency, the Alaska State Troopers should be contacted and the Military's 210th Rescue Group with aircraft equipped for night flight is a possible resource.

5.5.7. Landing/ Pickup Zones/ Stake Recovery

In the field, drop off points should be referred to as L.Z.'s (Landing Zones) and pickup points as P.Z.'s (Pickup Zones) to avoid confusion during radio communications. Regular landing and pickup zones will be plotted on U.S.G.S. maps. G.P.S. coordinates are normally used by the pilot to identify landing and pickup zones. Marking wands may be placed for visibility at the landing and pickup zones that see repeated use and flagging tape should be used as a wind direction indicator. The marking of some primary landing and pickup zones with wands is done during guide training prior to the first day of heliskiing with guests. It is the helicopter pilot's responsibility to do a visual scan of the selected landing area, insuring that it is acceptable and clear for landing. TML will make an effort to remove marking wands after the end of the operating season. TML will maintain a log of lost stakes and concentrate our recovery efforts in those areas we identify.

5.5.8. Helicopter Fueling

Helicopter fueling is done at the lodge with equipment, inspected and maintained by the helicopter company. Remote fueling is normally done from a Beaver ski plane with a belly tank equipped with aviation filters. Fueling planes should have an appropriate fire extinguisher and fuel spill materials available. Clients and all non-essential personnel should be kept a safe distance from the refueling area during refueling operations. Smoking is not allowed and no smoking signs are posted. A waste fuel container should be available. It is the pilot's responsibility to insure that the proper filters, fuel type, correct aircraft grounding procedures and the policies and procedures of the contracted helicopter company are followed.

## VIII. EMERGENCY RESCUE

**6.0 General Rescue Overview**

An avalanche or other emergency rescue is initiated by the guide or pilot at the emergency site. The TML base radio dispatch or the mobile dispatch is notified of the location, type of incident, and to sound the alarm and begin the mobilization of rescue personnel and equipment for transport to the site. The notified communications site, as identified above, is in charge of the operation. The TML dispatch operator follows the *Instructions for Base Radio Operator* and utilizes other pertinent forms in the TML *Emergency Rescue Plan* packet (Appendix 3). The operator is responsible for contacting additional resources as needed and recording all activities on the *TML Radio/Event Log* (Appendix 3). The operator coordinates incoming resources until relieved. Details of the emergency are recorded, rescuers are dispatched and appropriate agencies or authorities are notified as needed.

The most senior guide in the field will immediately assume the position of accident site commander, with the other guides assuming key roles. After stabilizing the field rescue and assessing the need for further resources, the helicopter can be released to bring in reinforcements, if required. Further resources can be mobilized through the Alaska State Troopers in contact with the Alaska Mountain Rescue Group, avalanche search dogs and the 210th Mountain Rescue Group. Rescue equipment and locations can be found in Appendix 3.

## 8.2. Emergency Rescue Plan Packet

The *TML Emergency Rescue Plan* packet contents is a series of forms and documents that can be utilized in a field emergency requiring organized, rapid response of additional rescue personnel and/or equipment. The packet also provides forms for thorough documentation.

Emergency support and mobilization suggestions:

- It is important to note that usually the accident victim's best chance is with personnel and equipment already in the field, so the first priority is to support the guide so they can conduct their rescue with maximum efficiency.
- Because of their close proximity to TML operations, immediate secondary response by other TML guides, Evergreen helicopters should be initiated immediately as indicated or requested.
  E.M.S. (911) may be the next resources to consider.
- If you are the emergency radio operator/dispatcher, YOU are the *Rescue*

11

*Coordinator* until relieved by a TML guide or equivalent.

- If you are not sure who is in charge in the field, ask for the *Accident Site Commander.*
- Enlist a scribe at the first opportunity.

The *TML Emergency Rescue Plan* packet includes these forms and recommended amounts:

1. *Emergency Rescue Plan – Instructions Inside* (1)  (packet cover page)
2. *TML Emergency Rescue Plan form inventory page* (1)  (this list)
3. *Instructions for Base Radio Operator* (1)
4. *Emergency Rescue Alert* (1)
5. *TML Rescue Chart* (1)
6. *Rescue Team Checklist* (3)
7. *Procedures for Overdue or Downed Helicopter* (2)
8. *Emergency Resources Call List* (1)
9. *TML Call List* (1)
10. *Alyeska Ski Patrol Phone List* (1)
11. *Emergency Rescue Equipment and Locations* (1)
12. *First Aid and Rescue Pack Contents* (1)
13. *TML Incident Cover Sheet* (2)
14. *TML Incident Report* (3)
15. *TML Statement of Incident* (6)
16. *Radio/Event Log* (4)

The *TML Emergency Rescue Plan* packet locations are:

- TML Business Office
- TML Fuel Shed
- TML Support Plane
- TML Helicopter(s)
- TML Shop
- TML Reception Desk
- Avalanche and Crevasse Rescue Packs
- Trauma Pack

## 8.3. Avalanche Rescue Preparation

Several measures are taken to ensure a speedy efficient rescue effort in the event of an avalanche accident:

1. All clients and guides wear avalanche beacons.

2. All clients receive an avalanche rescue briefing.

3. All clients read and sign the Safety Briefing.

4. All guides carry rescue gear.

5. The helicopter carries rescue gear.

6. All guides are trained in avalanche rescue.

7. Additional resources are readily available.

8. Clients are encouraged to ski with a shovel, probe poles and balloon packs.

**8.4.  Crevasse Rescue**

Glaciated terrain in the region offers spectacular skiing with minimal avalanche hazard. The guides are trained in glacier travel, rescue, and extrication. Aerial scouting and prior experience with the run is used to determine where the guide will ski the group.  In general, areas most prone to crevasse formation such as convex rolls on the glaciers will be avoided.  Runs on glaciers will be assessed to determine if there is sufficient snow cover to bridge the majority of crevasses.  Ski techniques will emphasize crossing crevasse patterns at right angles, not parallel to known crevasses.  The principal glacier runs used consist of relatively stagnant, pocket glaciers with somewhat limited and predictable crevasse patterns.

Upon landing, guides set run objectives, visual boundaries and usually set a track for the clients.  Should a crevasse incident occur, guides should evaluate the group's location relative to other potential crevasses near the incident location.  The helicopter will be notified and a landing zone or drop point for equipment will be established.  Additional personnel will be mobilized to the accident site to assist in extrication if requested.  Each extrication scenario will be different. Guides will use standard crevasse rescue procedures such as the "drop loop" system and others as outlined in "MOUNTAINEERING, The Freedom of the Hills" and other literature to efficiently rescue the client.  It is possible to use the helicopter to assist extrication but this will be done only if other methods are not working and there is an immediate threat to life.  Annual guide training includes crevasse rescue procedure training.

If additional equipment is needed, it is available from the TML support plane, E.M.S., or

the Alaska Mountain Rescue Group. TML's rescue equipment and the locations are listed in Appendix 3.

## IX. FIRST AID and MEDICAL EMERGENCIES

TML guides are trained and prepared to provide first aid in the event of an injury or medical emergency. All guides are certified and current in first aid and CPR. First aid review stations are included at the guide training session. Additional training is provided on helicopter deployment of first aid equipment, loading, transport and evacuation techniques.

Emergency first aid supplies and equipment are located in the helicopter(s), the TML support plane and/or the lodge. Guides are required to carry first aid kits. A list of first aid equipment and locations is in Appendix 3. Over-snow transportation is provided by the guides using Cascade or SKED, located in the helicopter or in the fuel tank shed.

If evacuation of an injured or ill client is needed the helicopter, skiplane, or snowmachine provides transportation to E.M.S. or by airplane to secondary care facilities in Anchorage. TML policy is to call E.M.S. for all but the most minor of injuries. Incident reports and witness statements are filled out by guides. Guests and witnesses will fill out forms for incidents requiring first aid and for medical emergencies.

## X. INCIDENT REPORTING

All significant injuries, accidents and incidents should be reported immediately (within 24 hours) to the Alaska Div. of Lands, BLM and the TML insurance carrier. An Operations manager or a TML owner should determine who will handle the insurance carrier or agency notifications. This includes, but is not limited to, aircraft incidents, conflicts with the general public, avalanche incidents, lost or overdue skiers, and significant injuries. Records are maintained of all incidents on the appropriate forms. Witness statements are filled out by guides, guests and other witnesses when indicated.

## XI. GUIDES

### 11.1. Qualifications and Experience

14

TML is firmly committed to providing a highly professional guide service for helicopter ski guiding. TML has developed company guide standards patterned after the Canadian system.

Guide qualification, experience and operational limitation descriptions:

11.1.1. Level 1 - Apprentice Guide

Minimum of 20 years old with a formal basic avalanche-training course or equivalent. Prior work in the ski industry as a ski patroller, ski instructor or as an apprentice guide with a helicopter, snowcat or ski touring operation. Extensive backcountry skiing /mountaineering experience may be substituted. Must provide an employment reference and recommendation from previous employer upon request. Current first aid and CPR cards are required.

An apprentice guide will only guide clients on runs established and skied by the lead guide. The lead guide or another guides group may combine with the apprentice guides group to operate as guide/tail guide combination.

The apprentice guide will receive consultation on route selection, terrain analysis, stability evaluation and other pertinent criteria from the more experienced guides.

11.1.2. Level 2 - Ski Guide

Qualification of Level 1 plus advanced formal avalanche training course or equivalent. Prior employment as a ski guide or apprentice ski guide with a helicopter or ski touring operation. Extensive backcountry skiing / mountaineering experience or work as a ski patrol member at a Class A avalanche area are required. They have experience in and/or will receive training in the responsibilities; techniques and methods listed in section 11.1.5 Guide Experience and Training Goals.

A ski guide is qualified to guide clients on routes approved by the lead guide in advance. Guides follow routes established by the lead guide. With the lead guides approval, they may utilize nearby runs for their clients. Ski guides work closely with apprentice guides, providing training and consultation.

11.1.3. Guide / Apprentice Guide Responsibilities

The primary duties guides and apprentice guides are responsible for are attending and providing input to the morning briefing, cooperative final approval of the run selection,

conducting safety briefings, and organizing and managing guests at the lodge and in the field. Guides and apprentices are also responsible for turning in their field data, updating log books, participating in the debriefing at the end of the operations day and attending to the guests needs.

### 11.1.4. Guest Guides

CPG will occasionally be using guest guides in its operations. Guest guides will meet, at a minimum, the criteria established under Level 1 or Level 2. Guest guides will commonly be established helicopter ski guides from other operations. They will receive orientation in CPG procedures prior to operating in the field and will operate under the same restrictions as outlined for Level 1 and 2 guides. Each guest guide will be classified as Level 1 or 2 prior to guiding.

### 11.1.5. Level 3 - Lead Guide

Qualifications of Level 2 are required as a lead guide plus additional training and experience. Lead guides have local knowledge of terrain characteristics, run choices, local avalanche conditions, rescue strategies and local resources. Prior experience as a helicopter ski guide and in avalanche work and backcountry skiing / mountaineering. Training and experience in the responsibilities, techniques and methods listed in 11.1.5 Guide Experience and Training Goals. A lead guide is in charge of one helicopter's operations for the day. If there is more than one helicopter in the field, a lead guide will be required for each helicopter. They select the runs to be skied, the landing zones to be used, and guide not only their own group but also supervise and direct all other guides that are using the helicopter they are in charge of. Guides will not select and use any routes, new landing zones, or runs for their group without the approval of the lead guide. This approval is automatic in most cases by the lead guide selecting a landing zone and run for all groups to ski. Guides may request and receive permission from the lead guide to ski run variations or other adjacent or nearby runs. The lead guides knowledge of adjacent runs will allow them to make appropriate decisions and might provide the necessary approvals.

Lead guides, whether acting in that capacity or as a guide, have the responsibility to develop the experience level of the guide staff. They will hand down the benefits of their experience through instructions, directions and training sessions to give apprentices and guides a more thorough understanding of the processes involved in guiding and lead guiding.

Each lead guide has overall responsibility for the coordination of the helicopter assigned, the guides assigned, route selection, run selection, conducting safety briefings the coordination, follow through and documentation of any incidents or injuries, and organizing and managing guests at the hotel and in the field.

Lead guides are also responsible for turning in their field data, updating log books, participating in the debriefing at the end of the operations day, attending to the guests needs and insuring that the guides they supervised for the day complete their responsibilities.

11.1.6. Snow Stability Forecaster

The snow stability forecaster (or senior lead guide on duty) gathers snow stability, weather and avalanche occurrence information and leads a discussion of this data at the morning guides meeting. The snow stability forecaster is responsible for gathering data, receiving data and insuring that the daily weather and avalanche related information is gathered and logged on the appropriate forms. This duty may be rotated among two or three select senior lead guides. With the exception of days off, one person working as lead guide/snow stability forecaster will perform this duty daily. The snow stability forecaster (or senior lead guide on duty) directs the morning guide briefing. The snow stability assessment, the weather report, weather forecast and avalanche occurrence information and the days run and flight plan are discussed. All guides, the helicopter pilot(s) and the base radio operator are required to attend the briefing and provide input for cooperative final approval of the day's operational plan. During this meeting it is decided to go ahead, standby, or cancel operations for the day. The snow stability forecaster (or senior lead guide on duty) will usually direct the debriefing at the end of the day. At the debriefing run logs, observations and field data are reviewed and filed. Operational efficiency and safety issues are discussed and resolved. The plan for the next operations day is also discussed.

11.1.7. Guide Experience and Training

TML provides guides annual training that may include but is not limited to selected items listed below. A sample guide-training schedule is in Appendix 11 and is subject to change during training or from year to year. Cooperative rescue response

training with the 210th and other rescue organizations may also be conducted. All guides have experience or receive ongoing training in these responsibilities, methods and techniques. Increased proficiency is a prerequisite to advancing in guide classification.

1. Helicopter safety awareness / procedures.
2. Fixed wing safety/procedures
3. Guest briefing procedures / delivery.
4. Glacier travel procedures.
5. Safe skiing techniques / procedures.
6. Ski run selection strategies.
7. Backcountry route finding / terrain analysis.
8. Group management / control.
9. Standard first aid / CPR procedures.
10. Rescue resources / equipment.
11. Rescue / evacuation procedures.
12. Snow stability evaluation / forecasting.
13. Weather data / forecasting.
14. Field observations / recording systems.
15. Completion of daily work reports.
16. Incident documentation.
17. Radio communications system / protocol.
18. Ski technique demonstrations / instruction.
19. Backcountry user observations / conflict mitigation.
20. Wildlife observations / conflict mitigation.
21. Knowledge of the Operations Plan.
22. Guide responsibilities.
23. Alpine / sub-alpine hazard awareness.
24. Avalanche route / explosives protocol
25. Hospitality and customer service.
26. Orientation and field training sessions within permit area.

11.1.8.  Minimum Guide Pack Contents:

| | |
|---|---|
| Avalanche shovel | Sectional probe (or probe ski poles) |
| First aid kit | 8mm rope |
| Crevasse kit | Roll flagging |
| Headlamp | Down coat |
| Compass | Map |
| Pencil | Space blanket |
| Snowpit fieldbook | Lighter/matches/fire starter |
| Extra headlamp battery | Extra food |
| Extra hat and gloves | Binding or Leatherman tool |

Additional items required:

Avalanche rescue transceiver

Two-way Radio

Watch

Knife

Whistle

## XII.  CLIENT to GUIDE RATIOS

### 12.1.  Heliskiing Ratio

The heliskiing operation maintains a client to guide ratio of not more than five clients to one guide.  There will always be a minimum of two heliskiing guides working in the field.  A maximum capacity of five groups can be serviced by a single helicopter, at a ratio of twenty-five clients to five guides.

### 13.2.  Helicopter Skiing Terrain

The permitted ski terrain has been broken down into districts and zones. The Northern District is all of the ski terrain north of the head waters of Coal Creek.  The Southern District is south of this line. The ski zones within each of these districts are identified in the zone maps.

Within each zone, there are certain "key" runs that are indicator slopes that pose relatively less risk within that zone. They are marked in green highlight on the maps.  These runs may be used to assess the ski and avalanche conditions in each zone prior to utilizing other runs.

Key runs are noted on the attached maps.  A photographic inventory of ski terrain along with relevant comments will be developed and upgraded over time. This photo log will include relevant information related to that run including elevation, aspect, slope angle, avalanche history and documentation of standard routes through the terrain.  This photo inventory will be kept in the operations base and formatted so that guides can continue to make comments about unique conditions related to each run.  The process of building a photo inventory must be considered during every day of operations.  When good opportunities exist for adding to the existing photographic base they should be taken.  In general, whenever new runs are skied, a photo should be taken of that run to add to the inventory. Overflights of the ski terrain,

19

conducted immediately after major avalanche cycles, can help identify areas most prone to major
or regular avalanche activity.

There are nine core/unit zones under permit for the 2012 operating season:

Zone 1 – Coal Creek

Zone 2 – Hot springs/ Dome

Zone 3 – Top of the world

Zone 4 – Pinot Glacier

Zone 5 – Montrechette/ Dogs head

Zone 6 – Capps

Zone 7 – Couloir town

Zone 8 – Beyond Bond/ Beyond Beyond

Zone 9- Bond

There are four exploratory zones for the 2013 operating season

Zone 1- Hayes Glacier

Zone 2- Chakachamna

Zone 3- Crater peak

Zone 4- Nagishlamina

## 14.0   Remote BLM operations

Operations in remote terrain will adopt the following protocols to ensure safe and efficient
operations. The terrain on the south side of Mount Spurr, South side of the Tordrillos and the
terrain surrounding Chackachamna, up to the LCNP boundry , will be accessed by Helicopter and
ski plane from the Tordrillo Mountain Lodge base operation. The frequency at which we will
attempt operations will be directly affected by a number of factures including but not limited too;
weather, snow pack, snow stability, snow surface, and adequate ski plane landing conditions.

During our planning process for daily remote BLM operations, our Piper Super Cub will be
dispatched to evaluate the snow conditions and the ski plane landing viability the day prior to any
operation attempt. This information will either enforce or discourage the following days
operation. Ski plane landing areas will need to be adequate enough to allow landings and take offs
at gross payload for the DH-2. The operation in remote terrain requires the use of the DH-2 to

shuttle guests into the and out of the field. The DH-2 will also provide all the refueling capabilities required for a day-to-day operation in the exploratory zones 1-4. TML will utilize the belly tank of the aircraft to deliver the fuel and the transfer will be direct, into the tank of the Helicopter. We have utilized this technique on many occasions for remote operations on DNR lands. The advantage to this approach is your fuel can be moved from area to area and follow the operations around. It also eliminates the need for fuel caching on BLM or DNR lands.

Frequent landing areas will be GPS logged for permit administrative purposes and radio dispatch needs. During our scouting process, we have identified adequate fixed wing landing zones in 3 different areas on BLM lands. These are marked on the operational map and logged in for dispatch purposes.

Communication with our base operations will be maintained through periodic "check –in" with our fixed repeater site on the north side of the range and the utilization of spot devices and Sat phones. These checks will occur no longer apart then 1 hr. This communication plan also addresses the flight following requirements. All helicopters are also equipped with Satellite/ GPS transponders and can be followed by way of the Internet, utilizing Capstone flight following software.

Any overdue aircraft will be first reported to the TML base operations at Judd Lake, and further help will be requested through the RCC and state troopers.

Typical operation days will begin at 8am with a weather check. These checks will incorporate NOAA satellite maps, Kenai Doppler radar, and web cams though Beluga power plant, Lake Clark Pass and Merrill pass. These cameras will give us confidence in the overall viability in a day-to-day operation. These data sources will allow us to make a go/ no go decisions for remote operations each day. At approximately 9 am, guests will load the helicopter and the ski planes for the departure and approach to our designated landing area identified on the area map and dispatch log. Daily operations will begin after careful analysis of the snowpack. Typical days will see 3 groups of 4 making 6-10 runs a day in the BLM lands. Regress and departure will occur no later then 1-hour before sunset. With all operations cleared and finished at the base by sunset.

Wildlife and human conflict mitigation will be addressed on a case-by-case process. Under no circumstances will helicopter operations occur any closer then 5 miles from any recreational group on BLM lands. Dall sheep populations will also be closely monitored. Dall sheep have been cataloged in the southern Tordrillos and the Northern Neacolas. Areas that have populations present will be avoided and a minimum of 1500AGL and 2 miles Horizontal will be maintained. These standards have been utilized by the ADF&G after analysis of populations and reaction surveys. In no way do our operations intend to stress, chase or track these sheep populations.

Ungulates populations will also be avoided with the same standards utilized for sheep populations.

Emergency Rescue procedures are outlined in the main body of the Operations plan and will be followed closely. Situations requiring additional aircraft or downed aircraft will be dispatched from Evergreen Helicopters at Merrill field. Over due procedures are also covered in the main body and will be closely followed.