UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRIUMVERATE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 18-cv-00511-RCL |
| | ) |
| RYAN ZINKE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

In light of plaintiff's Notice of Consent to Transfer Case, filed on April 8, 2018, the Court orders the Clerk's office to transfer the case to the District of Alaska forthwith.

SIGNED this 4th day of April, 2018.

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

1